# Court of Appeals
# of the State of Georgia

ATLANTA, _____March 20, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14A0932. CORZO TRUCKING CORPORATION, et al. v. BOB WEST A/K/A ROBERT WEST.

Corzo Trucking Corporation, Obdulio Corzo, and Rita Corzo ("Corzo") brought this action to enforce a foreign judgment. On August 7, 2013, the trial court entered an order in favor of the defendant, ruling that the judgment is not enforceable in Georgia. Corzo moved for reconsideration, but the trial court denied its motion. On October 7, 2013, 61 days after entry of the August 7 order, Corzo filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The denial of a motion for reconsideration is not directly appealable. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). And the filing of such a motion does not extend the time for appealing the underlying judgment – in this case, the August 7 order. Id. Corzo's notice of appeal, therefore, is invalid as to the order denying its motion for reconsideration and untimely as to the August 7 order. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/20/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*